IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTWANETTE LAVONNE JENKINS, § § § *Plaintiff,* § § v. § § RICHARDSON INDEPENDENT § SCHOOL DISTRICT, § § *Defendant.* § | CIVIL ACTION NO. 3:20-cv-03461-G |

## JOINT STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Antwanette Lavonne Jenkins and Defendant Richardson Independent School District jointly stipulate to the dismissal of Ms. Jenkins's claims against Richardson Independent School District in this lawsuit with prejudice and without costs, waiving all rights of appeal.

WHEREFORE, in accordance with this Stipulation of Dismissal, Plaintiff Antwanette Lavonne Jenkins and Defendant Richardson Independent School District jointly request that the Court dismiss all Ms. Jenkins's claims against Richardson Independent School District with prejudice, and that each party be responsible for its own costs and fees.

Respectfully submitted,

*/s/    Kathryn E. Long*
KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

CARLOS G. LOPEZ
State Bar No. 12562953
clopez@thompsonhorton.com

JOSHUA D. FULLER
State Bar No. 24091393
jfuller@thompsonhorton.com

**THOMPSON & HORTON LLP**
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendant*
*Richardson Independent School District*

AND

*/s/    Antwanette Lavonne Jenkins*
*(by permission)*
ANTWANETTE LAVONNE JENKINS
*Pro Se Plaintiff*
1683 W. Campbell Road, Apt. 7309
Garland, Texas 75044
Ajenkins_2006@yahoo.com

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 14, 2022, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system and email at the email address listed below:

Antwanette Lavonne Jenkins
1683 W. Campbell Road, Apt. 7309
Garland, Texas 75044
(214) 428-5242 – Telephone
ajenkins_2006@yahoo.com

>                    /s/    *Kathryn E. Long*
>                    KATHRYN E. LONG